```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE PFIZER INC. SECURITIES
LITIGATION

-------------------------------------------------------------X

THIS DOCUMENT RELATES TO:

The Consolidated Securities Class Action

-------------------------------------------------------------X

04 CIVIL 9866 (LTS) (HBP)
05 MD 1688 (LTS)

## JUDGMENT

      By Order dated May 21, 2014 (docket entry no. 660) (the "May 21 Order"), the Court having granted Defendants motion in limine to preclude the testimony of Plaintiffs' damages expert, Dr. Daniel R. Fischel, because Dr. Fischel's proposed testimony failed to meet the standards established by Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 590 (1993), at a conference held on May 23, 2014, Plaintiffs having requested permission to move to amend Dr. Fischel's report, and Defendants having indicated that they wished to move for summary judgment, both motions having been fully briefed, the Court having considered all of the parties' submissions and arguments, and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on July 8, 2014, having rendered its Memorandum Order denying Plaintiff's motion to amend their expert report (docket entry no.665), granting Defendants' motion for summary judgment (docket entry no.667), and directing the Clerk of Court to enter judgment in Defendants' favor in the following member cases of consolidated action 04-CV-9866-LTS-HBP and multi-district litigation 05-MD-1688: 04-CV-9866-LTS-HBP, 04-CV-9967-LTS, 04-CV-10001-LTS, 04-CV-10071-LTS-HBP, 04-CV-10075-LTS, 04-CV-10085-LTS, 04-CV-10096-LTS, 04-CV-10098-LTS, 04-CV-10118-LTS, 04-CV-10141-LTS, 04-CV-10224-LTS, 04-CV-10257-LTS, 04-CV-10296-LTS, 05-CV-00051-LTS, 05-CV-0125-LTS, 05-CV-

0735-LTS, 05-CVC-983-LTS, 05-CV-1308-LTS, 05-CV-1920-LTS, 05-CV-2017-LTS, 05-CV-2076-LTS, 05-CV-2510-LTS, 05-CV-2874-LTS, 05-CV-5715-LTS, 05-CV-5716-LTS, 05-CV-5717-LTS, 05-CV-5719-LTS, 05-CV-5720-LTS, 05-CV-5721-LTS, 05-CV-6327-LTS, and 12-CV-4536-LTS, and further directing the Clerk of Court to close the referenced cases, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 8, 2014, Plaintiff's motion for leave to amend their damages expert report (docket entry no.667) is denied, Defendants' motion for summary judgment (docket entry no. 667) is granted, and judgment is hereby entered in favor of Defendants' in the following members cases of consolidated action 04-CV-9866-LTS-HBP and multi-district litigation 05-MD-1688: 04-CV-9866-LTS-HBP, 04-CV-9967-LTS, 04-CV-10001-LTS, 04-CV-10071-LTS-HBP, 04-CV-10075-LTS, 04-CV-10085-LTS, 04-CV-10096-LTS, 04-CV-10098-LTS, 04-CV-10118-LTS, 04-CV-10141-LTS, 04-CV-10224-LTS, 04-CV-10257-LTS, 04-CV-10296-LTS, 05-CV-00051-LTS, 05-CV-0125-LTS, 05-CV-0735-LTS, 05-CVC-983-LTS, 05-CV-1308-LTS, 05-CV-1920-LTS, 05-CV-2017-LTS, 05-CV-2076-LTS, 05-CV-2510-LTS, 05-CV-2874-LTS, 05-CV-5715-LTS, 05-CV-5716-LTS, 05-CV-5717-LTS, 05-CV-5719-LTS, 05-CV-5720-LTS, 05-CV-5721-LTS, 05-CV-6327-LTS, and 12-CV-4536-LTS; accordingly, the referenced cases are closed.

**Dated:** New York, New York
July 9, 2014

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON** _____